**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Joseph Eugene IRVING, Defendant— Appellant.**

**No. 02–30155.**

**D.C. No. CR–01–00393–BJR.**

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 11, 2005.*

Decided Oct. 19, 2005.

Andrew C. Friedman, Esq., Office of the U.S. Attorney, Seattle, WA, for Plaintiff–Appellee.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Joseph Eugene Irving, Sheridan, OR, pro se.

Before T.G. NELSON, WARDLAW, and TALLMAN, Circuit Judges.

MEMORANDUM **

Joseph Eugene Irving appeals from his guilty-plea conviction and 41–month sentence for bank fraud, in violation of 18 U.S.C. § 1344.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Irving has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Irving has not filed a pro se supplemental brief.

We have conducted an independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988). We affirm the conviction. We remand the sentence for further proceedings consistent with *United States v. Ameline,* 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc).

Counsel's motion to withdraw as counsel on appeal is denied.

The conviction is AFFIRMED, and the sentence is REMANDED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.